IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Salvatore J. Sowell,

      Plaintiff,                                         Case No. 2:25-cv-355
                                                         District Judge James L. Graham
      v.                                                   Magistrate Judge Elizabeth P. Deavers

State of Ohio,

      Defendant.

## Order

This matter is before the Court on the Magistrate Judge's July 17, 2025 Report and Recommendation. The Magistrate Judge conducted an initial screen of the complaint under 28 U.S.C. § 1915(e)(2) and recommended that the complaint be dismissed with prejudice as frivolous and for failure to state a claim upon which relief may be granted.

No objections to the Report and Recommendation have been filed. Upon review, the Court agrees with the Report and Recommendation (Doc. 4) and adopts it in its entirety. The compliant is DISMISSED with prejudice.

The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this Order adopting the Report and Recommendation would not be taken in good faith and therefore denies plaintiff leave to appeal *in forma pauperis*. *See McGore v. Wrigglesworth*, 114 F.3d 601 (6th Cir. 1997).

The Court again notes that in another action recently filed by plaintiff, the address he provided was 38 W. Greenwood Ave., Columbus, Ohio 43201. The Court instructs the Clerk of Court to mail a copy of this Order and the Judgment to plaintiff at that address.

                                                               *s/ James L. Graham*
                                                                JAMES L. GRAHAM
                                                                United States District Judge

DATE: September 4, 2025